**Huston MURPHY v. STATE.**

6 Div. 683.

Court of Appeals of Alabama.
April 30, 1935.

W. G. Black and Stephen B. Coleman, both of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed on motion of appellant.

**Walter MURPHY v. STATE**

8 Div. 27.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

**Birdie PARCUS v. STATE.**

8 Div. 65.

Court of Appeals of Alabama.
June 4, 1935.

PER CURIAM.
Affirmed.

**John PATTON v. CITY OF HUNTSVILLE.**

8 Div. 135.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

**John PATTON v. CITY OF HUNTSVILLE.**

8 Div. 136.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Affirmed.

**Tom PAYNE v. STATE.**

6 Div. 710.

Court of Appeals of Alabama.
May 7, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.